

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2014

No. 04-14-00854-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15237
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Pursuant to the Texas Supreme Court's administration order Misc. Docket No. 14-9246, this court was ordered to transfer the first sixteen cases filed in this court on or after December 1, 2014, to the Thirteenth Court of Appeals District, Corpus Christi, Texas. On December 18, 2014, this court transferred sixteen cases in accordance with the order; however, appeal number 04-14-00854-CV, styled *Devoll v. Demonbreun*, is an appeal in which the appellant is seeking permission to appeal under TEX. R. APP. P. 28.3. Because the appeal is of an interlocutory order, the appeal should have been excluded from the sixteen cases transferred. It is therefore ORDERED that appeal number 04-14-00854-CV be re-transferred to this court and reinstated on this court's docket.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court